# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ROBERT J. HOPPA, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 05-2379-CV-W-CM |
| | ) |
| **UNUMPROVIDENT CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Robert Hoppa, Sr., and defendant, UnumProvident Corporation, by and through counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(ii), hereby stipulate and agree that the claims between them shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.


SCHUMAKER CENTER FOR
EMPLOYMENT LAW, P.C.

/s/ Larry Schumaker
Larry Schumaker
10401 Holmes Road, Suite 480
Kansas City, MO 64131
816-941-9994
816-941-8244 (*Facsimile*)
larryschumaker@sbcglobal.net

ATTORNEY FOR PLAINTIFF

OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART

/s/ Patrick Hulla_____
Donald S. Prophete, #77936
Patrick F. Hulla     #16230
Park Central Plaza
4717 Grand Avenue, Suite 300
Kansas City, MO  64112
(816) 471-1301
(816) 471-1303  (*Facsimile*)
don.prophete@ogletreedeakins.com
pat.hulla@ogletreedeakins.com

ATTORNEYS FOR DEFENDANT